174 So. 801

M. B. GRACE v. Knox E. WOOLEY et al.

7 Div. 448.

Supreme Court of Alabama.

May 27, 1937.

M. B. Grace, of Birmingham, for petitioner.

Paul O. Luck, of Columbiana, for respondents.

PER CURIAM.

Petition of M. B. Grace for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Grace v. Wooley et al., 27 Ala. App. 464, 174 So. 799.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.

174 So. 529

TALLADEGA ICE & STORAGE CO. et al. v. A. A. CARMICHAEL, Atty. Gen., et al.

3 Div. 197.

Supreme Court of Alabama.

March 18, 1937.

Rehearing Withdrawn May 31, 1937.

Bradley, Baldwin, All & White, of Birmingham, for appellants.

A. A. Carmichael, Atty. Gen., Thos. Seay Lawson, C. L. Rowe, and Peyton D. Bibb, Asst. Attys. Gen., Nicholas E. Stallworth, of Mobile, and Joseph P. Chamberlain and Noel T. Dowling, Sp. Assts. to the Atty. Gen., for appellees.

FOSTER, Justice.

The decree of the circuit court is affirmed upon the authority of Beeland Wholesale Company v. Jacob L. Kaufman, Chairman, et al., post, p. 249, 174 So. 516, this day decided.

Affirmed.

GARDNER, THOMAS, BOULDIN, and KNIGHT, JJ., concur.

ANDERSON, C. J., concurs specially.

BROWN, J., concurs in part and dissents in part.